UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6442

CLAYTON E. YOUNG,

            Plaintiff - Appellant,

      v.

KATHLEEN GREEN, Warden; M. DEAN, Case Manager; JOHN A. ROWLEY,
Commissioner of Corrections; STATE OF MARYLAND,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:07-cv-
00371-RWT)

Submitted: May 22, 2008              Decided:  June 2, 2008

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clayton E. Young, Appellant Pro Se.  Rex Schultz Gordon, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clayton E. Young appeals the district court's order granting summary judgment to defendants on his complaint that alleged violations of the Americans with Disabilities Act, 42 U.S.C. § 12101 (2000), and the Rehabilitation Act, 29 U.S.C. § 504 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Young v. Green</u>, No. 8:07-cv-00371-RWT (D. Md. Jan. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>